UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD WILLIAMS (403681)

VERSUS

EDWARD L. HONEYCUTT

CIVIL ACTION

NO. 11-677-BAJ-CN

## RULING

The Court, having carefully considered the Motion to Set Aside Clerk's Entry of Default (doc. 17), the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 2, 2012 (doc. 22), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the defendant's Motion to Set Aside Clerk's Entry of Default (doc. 12) is **GRANTED**, and **IT IS ORDERED** that the entry of default entered on February 16, 2012 against defendant Edward L. Honeycutt is hereby vacated and set aside, and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, March 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA